UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELICIA OCAMPO,<br><br>                           Plaintiff,<br>v.<br><br>UNITED STATES OF AMERICA, WESLEY PETONAK,<br><br>                           Defendants.<br><br>WESLEY PETONAK,<br><br>                           Third-Party Plaintiff,<br>v.<br><br>STARR WRIGHT INSURANCE AGENCY, INC.,<br><br>                           Third-Party Defendants. | Case No.:  18-cv-1012-JAH-LL<br><br>**ORDER GRANTING JOINT MOTION TO VACATE MANDATORY SETTLEMENT CONFERENCE AND OTHER PRE-TRIAL DATES** |

      On January 24, 2020, Third-Party Plaintiff Wesley Petonak ("Petonak") and Third-Party Defendant Starr Surplus Lines Insurance Co. ("Starr") filed a "Joint Motion to Vacate Mandatory Settlement Conference and Other Pretrial Dates." ECF No. 58. Third-Party Plaintiff Petonak and Third-Party Defendant Starr seek to vacate the date for the Mandatory

Settlement Conference currently set for February 19, 2020 and "all other pretrial dates reflected in the Court's November 29, 2018 Scheduling Order" [ECF No. 29]. Id. at 2.

On May 21, 2018, Plaintiff Felicia Ocampo filed this action against Defendant United States of America. See ECF No. 1. On August 10, 2018, Plaintiff amended her Complaint and added Defendant/Third-Party Plaintiff Petonak. See ECF No. 7.

On November 9, 2018, Defendant/Third-Party Plaintiff Petonak filed a Third-Party Complaint against Third-Party Defendants Starr Wright Insurance Agency, Inc., Starr Surplus Lines Insurance Co., Starr-Wright USA, Starr Adjustment Services, Inc. and Starr Wright Risk Purchasing Group, LLC. See ECF No. 24.

On June 12, 2019, the Court dismissed Plaintiff Felicia Ocampo's Complaint against Defendants United States and Petonak. See ECF No. 49. The Court's Order specifically noted that Defendant Petonak remained in the action as a Third-Party Plaintiff with pending claims against the Third Party Defendants. See ECF No. 49.

On June 21, 2019, Third-Party Defendants Starr Wright Insurance Agency, Inc., Starr-Wright USA, Starr Adjustment Services, Inc., and Starr Wright Risk Purchasing Group, LLC (collectively "Specially Appearing Third-Party Defendants") moved to dismiss the action against them for lack of personal jurisdiction. ECF No. 52. The Specially Appearing Third-Party Defendants assert Third-Party Defendant Starr is the insurer in this action and the only proper parties are Third-Party Plaintiff Petonak and Third-Party Defendant Starr. See id. On the same day, Third-Party Defendant Starr moved to dismiss Third-Party Plaintiff Petonak's third cause of action. See ECF No. 51. On August 22, 2019, after both Motions to Dismiss were fully briefed, the Court took the matters under submission. See ECF No. 57.

Third-Party Plaintiff Petonak and Third-Party Defendant Starr now seek to continue the date of the Mandatory Settlement Conference and remaining pre-trial dates given the pending Motions to Dismiss. See ECF No. 58 at 3. The Parties further state that they are currently engaged in settlement discussions and wish to avoid incurring additional fees and costs so that they may apply those resources to "good faith settlement discussions." Id. at

4. The Parties request that the Court set a Case Management Conference for April 17, 2020 or another date convenient to the Court. Id.

Good cause found, the Court **GRANTS** Third-Party Plaintiff Petonak and Third-Party Defendant Starr's Joint Motion as follows:

1. The Court **VACATES** the Mandatory Settlement Conference and the remaining deadlines set forth in the Court's November 28, 2018 Scheduling Order [ECF No. 29].

2. The Parties are **ORDERED** to contact the chambers of the undersigned Magistrate Judge within three days of the issuance of an order on Third-Party Defendant Starr's Motion to Dismiss [ECF No. 51] and the Specially Appearing Third-Party Defendants' Motion to Dismiss [ECF No. 52] to set a Case Management Conference.

**IT IS SO ORDERED.**

Dated: January 28, 2020

_____
Honorable Linda Lopez
United States Magistrate Judge